**Josue EDMONDS, Petitioner–Appellant,**

v.

**D. Scott DODRILL, Warden, Respondent–Appellee.**

No. 01–6525.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

Josue Edmonds, pro se.

Before NIEMEYER, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Josue Edmonds appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Edmonds v. Dodrill,* No. CA–01–175–5–BO (E.D.N.C. filed Mar. 6, 2001; entered Mar. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*